**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    v.<br><br>BRIAN ZINK,<br><br>       Defendant. | Case No. 3:25-cv-00570<br><br>**Jury Trial Demanded** |

**PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiff Zurich American Insurance Company, furnishes the following list in compliance with FED. R. CIV. P. 7.1:

(i)     The undersigned represents Plaintiff Zurich American Insurance Company;

(ii)    Plaintiff is a wholly-owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation;

(iii)   Zurich Holding Company of America, Inc. is wholly-owned by Zurich Insurance Company Ltd, a Swiss corporation;

(iv)   Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation;

(v)    Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 16, 2025

                        Respectfully submitted,

                        **BENESCH, FRIEDLANDER,**
                           **COPLAN & ARONOFF LLP**

                        */s/ Noelle B. Torrice*
                        Noelle B. Torrice (NJ No. 07192013)
                        1313 North Market Street, Suite 1201
                        Wilmington, Delaware 19801
                        Telephone:  (302) 442-7010
                        Facsimile:  (302) 442-7012
                        Email: ntorrice@beneschlaw.com

                        and

                        J. Scott Humphrey (*Pro Hac Vice* forthcoming)
                        71 South Wacker Drive, Suite 1600
                        Chicago, Illinois 60606
                        Telephone:  (312) 212-4949
                        Facsimile:  (312) 767-9192
                        Email: shumphrey@beneschlaw.com

                        *Counsel for Zurich American Insurance Company*